IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY SNELLING,

    Plaintiff

v.      3:17-CV-2198
    (JUDGE MARIANI)

BRIAN HARRISON,

    Defendant

## ORDER

AND NOW, THIS 26th DAY OF OCTOBER, 2018, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED.**

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge